IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JORGE LUIS CARRION CORREA<br><br>Defendant | CRIMINAL NO. 25-012 (MAJ) |

**MOTION TO BE EXCUSED FROM ATTENDANCE
TO STATUS CONFERENC**

TO THE HONORABLE COURT:

COMES NOW codefendant, Jorge Luis Carrion Correa, through the undersigned counsel and before this Honorable Court, respectfully, states, alleges and prays as follows:

A Status Conference is set to be held in this case on Tuesday, July 1st, 2025 at 9:30am

The undersigned has a Laftler Hearing in the Criminal Case No. 23-353 (GMM) at 10am at the Old San Juan Courthouse for the same date. This is a multidefendant case where several defendants are to attend this hearing at the same time. It is important that the undersigned client attends the Laftler Hearing together with the other codefendants that are in his same position. Because it will be at the Old San Juan Courthouse it is physically impossible for the undersigned to attend the Status Conference in this case at 9:30am and arrive on time at the subsequent hearing at 10:00am.

The undersigned has asked Co-counsel Jorge Gerena to substitute the undersigned in this Status Conference and solely for purposes of this Status Conference. He has graciously accepted and he has been provided with copy of this Motion and the status as to this defendant.

The undersigned provided on Tuesday, June 24, 2025 the 2TB external drive to the United States Attorney's Office for downloading the discovery in this case.  A proffer meeting was held with the Government Attorney and a plea offer has been extended.  After reviewing the discovery, the undersigned will meet with the defendant in person to discuss the same, the plea offer and decide on the course to follow in this case.

WHEREFORE it is respectfully requested to the Honorable Court to allow at least a term of forty-five (45) days to review the discovery with the defendant and consider the course of action.

RESPECTFULLY SUBMITTED

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will automatically serve copy upon all counsel of record.

In San Juan, Puerto Rico, June 27, 2025.

/S/ *Irma R. Valldejuli*
IRMA R. VALLDEJULI
P O Box 361228
San Juan, Puerto Rico 00936-1228
Tel:  (787) 410-4250
E-Mail: irvalldejuli@gmail.com